ROBERT T. KAWAMOTO, ESQ.
LAW OFFICE OF ROBERT T. KAWAMOTO
234 Van Ness Avenue
San Francisco, CA 94102
(415) 487-9790
State Bar ID No. 78820

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:   
Richard Edelman and   
Stonna Edelman

CHAPTER 13   
Case No. 13-30510   
DECLARATION OF CHAPTER 13 DEBTOR   
RE MORTGAGE LOAN MODIFICATION (Capital One)

_____ Debtor(s). _____/

I, Richard Edelman, am one of the debtors in the above-entitled case, and I declare as follows:

(1) I am the co-owner with my spouse, Stonna Edelman, of the residential property located at 401 Wendy Way., Mill Valley, CA 94941 ("Property") and have been the co-owner since the filing of my Chapter 13 Petition on March 6, 2013. Capital One ("Lender") holds the first Deed of Trust on the Property.

(2) I have applied for a loan modification with the Lender on or about March 25, 2013 (See attached letter to the Lender, with application). I faxed my application to Galen Hines in the Bankruptcy Loss Mitigation department at (877) 959-1509.

(3) The current balance on my loan with the Bank is approximately $828,568.00, without consideration of any arrears or other add-on charges. The total monthly payment on for the loan secured by my Property is $2,330.00 pursuant to the terms of the proposed Chapter 13 Plan.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed at San Francisco, California.

Date: 4/6/13                     /s/ Richard Edelman   
                                 Richard Edelman, Debtor

-1-

Case: 13-30510    Doc# 27    Filed: 05/28/13    Entered: 05/28/13 16:11:24    Page 1 of 9

## PROOF OF SERVICE BY MAIL

I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 234 Van Ness Avenue, San Francisco, California 94102.

O May 7, 2013, I served the attached:

DECLARATION OF CHAPTER 13 DEBTOR RE LOAN MODIFICATION (Capital One)

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail in San Francisco, California addressed as follows:

David Burchard
Chapter 13 Trustee
PO BOX 8059
Foster City, CA 94404

Capital One
P.O. Box 60000
Seattle, WA 98190-6000

Capital One
Bankruptcy Loss Mitigation
2915 Commers Drive, Ste 1300
Eagan, MN 55121

_XX_ (BY MAIL) by placing same in an envelope, sealing, fully prepaying postage thereon and depositing said envelope in the United States Mail at San Francisco, California

I am readily familiar with the firm's practice of collection and processing correspondence/documents for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party or parties served that service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of depositing for mailing.

I declare under penalty of perjury, in accordance with the laws of the State of California, that the foregoing is true and correct.

Executed on May 7, 2013 in San Francisco, California.

/s/ Liat Blum
Liat Blum

-2-

Case: 13-30510   Doc# 27   Filed: 05/28/13   Entered: 05/28/13 16:11:24   Page 2 of 9

## PROOF OF SERVICE BY MAIL

I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 234 Van Ness Avenue, San Francisco, California 94102.

O May 7, 2013, I served the attached:

DECLARATION OF CHAPTER 13 DEBTOR RE LOAN MODIFICATION (Capital One)

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail in San Francisco, California addressed as follows:

David Burchard
Chapter 13 Trustee
PO BOX 8059
Foster City, CA 94404

Capital One
P.O. Box 60000
Seattle, WA 98190-6000

Capital One
Bankruptcy Loss Mitigation
2915 Commers Drive, Ste 1300
Eagan, MN 55121

_XX_ (BY MAIL) by placing same in an envelope, sealing, fully prepaying postage thereon and depositing said envelope in the United States Mail at San Francisco, California

I am readily familiar with the firm's practice of collection and processing correspondence/documents for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party or parties served that service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of depositing for mailing.

I declare under penalty of perjury, in accordance with the laws of the State of California, that the foregoing is true and correct.

Executed on May 7, 2013 in San Francisco, California.

/s/ Liat Blum
Liat Blum

-2-

March 28, 2013

Capital One
BK Loss Mitigation
2915 Commers Drive
Suite 1300
Eagan, MN 55121

To Whom It May Concern:

Richard's income has depended upon the real estate and financial markets for sixteen years. In 2008, due to the worldwide financial and real estate crash, his income plummeted, he became disabled, and found himself without employment. Then, in December of 2011, Stonna lost her job. Our primary investment, our home, lost value and is now underwater. Although we are now both employed, the financial disaster we suffered as a result of these calamitous events has resulted in our filing for bankruptcy so that we can recover our financial well-being. We would appreciate a loan modification including both a reduction in principle and interest rate so that we can maintain our mortgage payments and recover our financial well-being.

Thank you for your consideration.

Sincerely,

Richard Edelman                Stonna Edelman

# UNIFORM BORROWER ASSISTANCE FORM

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions. On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2)the property's status; (3) real estate taxes; (4) homeowner's insurance premiums; (5) bankruptcy; (6) your credit counseling agency, and (7) other liens, if any, on your property.

On Page 2 you must disclose information about **all** of your income, expenses and assets. Page 2 also lists the required income documentation that you must submit in support of your request for assistance. Then on Page 3, you must complete the Hardship Affidavit in which you disclose the nature of your hardship. The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

NOTICE: In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Borrower Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.

REMINDER: The Borrower Response Package you need to return consists of: (1) this completed, signed and dated Borrower Assistance Form; (2) completed and signed IRS Form 4506T-EZ; (3) required income documentation, and (4) required hardship documentation.

---

Loan I.D. Number _____ (usually found on your monthly mortgage statement)

I want to: [X] Keep the Property   [ ] Sell the Property

The property is currently: [X] My Primary Residence   [ ] A Second Home   [ ] An Investment Property

The property is currently: [X] Owner Occupied   [ ] Renter occupied   [ ] Vacant

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME: Richard Edelman | CO-BORROWER'S NAME: Stonna Edelman |
| SOCIAL SECURITY NUMBER: ... | SOCIAL SECURITY NUMBER: |
| DATE OF BIRTH: 4.19.1951 | DATE OF BIRTH: 5.24.1957 |
| HOME PHONE NUMBER WITH AREA CODE: 415.383.4765 | HOME PHONE NUMBER WITH AREA CODE: 415.383.4765 |
| CELL OR WORK NUMBER WITH AREA CODE: 415.308.0190 | CELL OR WORK NUMBER WITH AREA CODE: 415.302.7772 |

MAILING ADDRESS: 401 Wendy Way Mill Valley, CA 94941

PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME): Same

EMAIL ADDRESS: edelman2@comcast.net

Is the property listed for sale? [ ] Yes [X] No
If yes, what was the listing date? _____
If property has been listed for sale, have you received an offer on the property? [ ] Yes [ ] No
Date of offer: _____ Amount of Offer: $ _____
Agent's Name: _____
Agent's Phone Number: _____
For Sale by Owner? [ ] Yes [ ] No

Have you contacted a credit-counseling agency for help? [ ] Yes [X] No
If yes, please complete the counselor contact information below:
Counselor's Name: _____
Agency's Name: _____
Counselor's Phone Number: _____
Counselor's Email Address: _____

Do you have condominium or homeowner association (HOA) fees? [ ] Yes [X] No
Total monthly amount: $ _____
Name and address that fees are paid to: _____

Have you filed for bankruptcy? [X] Yes  [ ] No
If yes: [ ] Chapter 7  [X] Chapter 13
Filing Date: March 6, 2013
Has your bankruptcy been discharged? [ ] Yes [ ] No
Bankruptcy case number: 13-3-0510 SFB 13

Case: 13-30510    Doc# 27    Filed: 05/28/13    Entered: 05/28/13 16:11:24    Page 5 of 9

# UNIFORM BORROWER ASSISTANCE FORM

| Monthly Household Income | | Monthly Household Expenses/Debt | | Household Assets (associated with the property and/or borrower(s)) | |
|---|---|---|---|---|---|
| Monthly Gross wages | $ 8800 | First Mortgage Payment | $ 2350 | Checking Account(s) | $ 1000 |
| Overtime | $ | Second Mortgage Payment | $ | Checking Account(s) | $ |
| Child Support / Alimony* | $ | Homeowner's Insurance | $ 125.00 | Savings / Money Market | $ 10,000 |
| Non-taxable social security/SSDI | $ | Property Taxes | $ 800.00 | CDs | $ |
| Taxable SS benefits or other monthly income from annuities or retirement plans | $ | Credit Cards / Installment Loan(s) (total minimum payment per month) | $ | Stocks / Bonds | $ 3200 |
| Tips, commissions, bonus and self-employed income | $ | Alimony, child support payments | $ | Other Cash on Hand | $ |
| Rents Received | $ | Car Lease Payments | $ | Other Real Estate (estimated value) | $ |
| Unemployment Income | $ | HOA/Condo Fees/Property Maintenance | $ | Other _____ | $ |
| Food Stamps/Welfare | $ | Mortgage Payments on other properties | $ | | $ |
| Other _____ | $ | Other _____ | $ | | $ |
| Total (Gross Income) | $ 8800 | Total Debt/Expenses | $ | Total Assets | $ |

*Notice: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.

| Lien Holder's Name | Balance / Interest Rate | Loan Number |
|---|---|---|
| Capital One | 5.0 | 1 |

## Required Income Documentation

☒ **Do you earn a wage?**
For each borrower who is a salaried employee or hourly wage earner, include the most recent pay stub that reflects at least 30 days of year-to-date earnings for each borrower.

☒ **Are you self-employed?**
For each borrower who receives self-employed income, include a complete, signed Individual federal income tax return and, as applicable, the business tax return; AND either the most recent signed and dated quarterly or year-to-date profit/loss statement that reflects activity for the most recent three months; OR copies of bank statements for the business account for the last two months evidencing continuation of business activity

☐ Do you have any additional sources of income? Provide for each borrower as applicable:
"Other Earned Income" such as bonuses, commissions, housing allowance, tips, or overtime:
  ☐ Reliable third-party documentation describing the amount and nature of the income (e.g., employment contract or printouts documenting tip income).
Social Security, disability or death benefits, pension, public assistance, or adoption assistance:
  ☐ Documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider, and
  ☐ Documentation showing the receipt of payment, such as copies of the two most recent bank statements showing deposit amounts.
Rental income:
  ☐ Copy of the most recent filed federal tax return with all schedules, including Schedule E—Supplement Income and Loss. Rental income for qualifying purposes will be 75% of the gross rent reduced by the monthly debt service on the property, if applicable; or
  ☐ If rental income is not reported on Schedule E – Supplemental Income and Loss, provide a copy of the current lease agreement with either bank statements or cancelled rent checks demonstrating receipt of rent.
Investment income:
  ☐ Copies of the two most recent investment statements or bank statements supporting receipt of this income.
Alimony, child support, or separation maintenance payments as qualifying income:*
  ☐ Copy of divorce decree, separation agreement, or other written legal agreement filed with a court, or court decree that states the amount of the alimony, child support, or separation maintenance payments and the period of time over which the payments will be received, and
  ☐ Copies of your two most recent bank statements or other third-party documents showing receipt of payment.
*Notice: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.

Case: 13-30510   Doc# 27   Filed: 05/28/13   Entered: 05/28/13 16:11:24   Page 6 of 9

**HARDSHIP AFFIDAVIT**

(provide a written explanation with this request describing the specific nature of your hardship)

I am requesting review of my current financial situation to determine whether I qualify for temporary or permanent mortgage relief options.

Date Hardship Began is: **2008**

I believe that my situation is:
- ☐ Short-term (under 6 months)
- ☐ Medium-term (6 – 12 months)
- ☒ Long-term or Permanent Hardship (greater than 12 months)

I am having difficulty making my monthly payment because of reasons set forth below:
(Please check all that apply and submit required documentation demonstrating your hardship)

| If Your Hardship is: | Then the Required Hardship Documentation is: |
|---|---|
| ☒ Unemployment | ☐ No hardship documentation required |
| ☒ Underemployment | ☐ No hardship documentation required, as long as you have submitted the income documentation that supports the income described in the Required Income Documentation section above |
| ☒ Income reduction (e.g., elimination of overtime, reduction in regular working hours, or a reduction in base pay) | ☐ No hardship documentation required, as long as you have submitted the income documentation that supports the income described in the Required Income Documentation section above |
| ☐ Divorce or legal separation; Separation of Borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law | ☐ Divorce decree signed by the court; OR<br>☐ Separation agreement signed by the court; OR<br>☐ Current credit report evidencing divorce, separation, or non-occupying borrower has a different address; OR<br>☐ Recorded quitclaim deed evidencing that the non-occupying Borrower or co-Borrower has relinquished all rights to the property |
| ☐ Death of a borrower or death of either the primary or secondary wage earner in the household | ☐ Death certificate; OR<br>☐ Obituary or newspaper article reporting the death |
| ☐ Long-term or permanent disability; Serious illness of a borrower/co-borrower or dependent family member | ☐ Doctor's certificate of illness or disability; OR<br>☐ Medical bills; OR<br>☐ Proof of monthly insurance benefits or government assistance (if applicable) |
| ☐ Disaster (natural or man-made) adversely impacting the property or Borrower's place of employment | ☐ Insurance claim; OR<br>☐ Federal Emergency Management Agency grant or Small Business Administration loan; OR<br>☐ Borrower or Employer property located in a federally declared disaster area |
| ☐ Distant employment transfer | ☐ No hardship documentation required |
| ☐ Business Failure | ☐ Tax return from the previous year (including all schedules) AND<br>☐ Proof of business failure supported by one of the following:<br>• Bankruptcy filing for the business; or<br>• Two months recent bank statements for the business account evidencing cessation of business activity; or<br>• Most recent signed and dated quarterly or year-to-date profit and loss statement |

Case: 13-30510    Doc# 27    Filed: 05/28/13    Entered: 05/28/13 16:11:24    Page 7 of 9

Form 4506T-EZ (Rev. January 2011) — Short Form Request for Individual Tax Return Transcript
OMB No. 1545-2154
Department of the Treasury — Internal Revenue Service

► Request may not be processed if the form is incomplete or illegible.

Tip. Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

**1a** Name shown on tax return. If a joint return, enter the name shown first.
Richard Edelman

**1b** First social security number or individual taxpayer identification number on tax return

**2a** If a joint return, enter spouse's name shown on tax return.
Stonna Edelman

**2b** Second social security number or individual taxpayer identification number if joint tax return

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (See instructions)
401 Wendy Way, Mill Valley, CA. 94941

**4** Previous address shown on the last return filed if different from line 3 (See instructions)

**5** If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

Third party name: Capital One · BK Loss Mitigation
Telephone number: 877·230·8516
Address (including apt., room, or suite no.), city, state, and ZIP code
2915 Commers Drive Ste. 1300, Eagan, MN. 55121

**6** Year(s) requested. Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.
2012    2011    2010    2009

Caution. If the transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in line 6. Completing these steps helps to protect your privacy.

Note. If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.

Signature of taxpayer(s). I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, either husband or wife must sign. Note. For transcripts being sent to a third party, this form must be received within 120 days of signature date.

Sign Here
Signature (see instructions)    Date: 3·24·2013
Spouse's signature             Date: 3·24·2013
Telephone number of taxpayer on line 1a or 2a: 415·383·4765

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 54185S    Form 4506T-EZ (Rev. 01-2011)

Case: 13-30510    Doc# 27    Filed: 05/28/13    Entered: 05/28/13 16:11:24    Page 8 of 9

above has contributed to submission of this request for mortgage relief.

I understand and acknowledge that the Se___er, owner or guarantor of my mortgage, or the ___gent(s) may investigate the accuracy of my statements, may require me to provide additional supporting documentation, and that knowingly submitting false information may violate Federal and other applicable law.

I understand the Servicer will obtain a current credit report on all borrowers obligated on the Note.

I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this request for mortgage relief or if I do not provide all required documentation, the Servicer may cancel any mortgage relief granted and may pursue foreclosure on my home and/or pursue any available legal remedies.

I certify that my property has not received a condemnation notice.

I certify that I am willing to provide all requested documents and to respond to all Servicer communications in a timely manner. I understand that time is of the essence.

I understand that the Servicer will use this information to evaluate my eligibility for available relief options and foreclosure alternatives, but the Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

If I am eligible for a trial period plan, repayment plan, or forbearance plan, and I accept and agree to all terms of such plan, I also agree that the terms of this Acknowledgment and Agreement are incorporated into such plan by reference as if set forth in such plan in full. My first timely payment following my Servicer's determination and notification of my eligibility or prequalification for a trial period plan, repayment plan, or forbearance plan (when applicable) will serve as acceptance of the terms set forth in the notice sent to me that sets forth the terms and conditions of the trial period plan, repayment plan, or forbearance plan.

I agree that when the Servicer accepts and posts a payment during the term of any repayment plan, trial period plan, or forbearance plan it will be without prejudice to, and will not be deemed a waiver of, the acceleration of my loan or foreclosure action and related activities and shall not constitute a cure of my default under my loan unless such payments are sufficient to completely cure my entire default under my loan.

0. I agree that any prior waiver as to my payment of escrow items to the Servicer in connection with my loan has been revoked.

1. If I qualify for and enter into a repayment plan, forbearance plan, and trial period plan, I agree to the establishment of an escrow account and the payment of escrow items if an escrow account never existed on my loan.

2. I understand that the Servicer will collect and record personal information that I submit in this Borrower Response Package and during the evaluation process, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, and information about my account balances and activity. I understand and consent to the Servicer's disclosure of my personal information and the terms of any relief or foreclosure alternative that I receive to any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or to any HUD-certified housing counselor.

3. If I am eligible for foreclosure prevention relief under the federal Making Home Affordable Program, I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by the Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan, and (c) companies that perform support services in conjunction with Making Home Affordable.

4. I consent to being contacted concerning this request for mortgage assistance at any cellular or mobile telephone number I have provided to the Lender. This includes text messages and telephone calls to my cellular or mobile telephone.

| _[signature]_ | 3-25-13 | _[signature]_ | 3-25-13 |
|---|---|---|---|
| Borrower Signature | Date | Co-Borrower Signature | Date |

Case: 13-30510    Doc# 27    Filed: 05/28/13    Entered: 05/28/13 16:11:24    Page 9 of 9